1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

        Plaintiff,

   v.

SAHIR NASEER, et al.,

        Defendants.

No. 2:14-cv-0225 WBS CKD P

ORDER

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On December 2, 2014, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that objections to the findings and recommendations could be filed. The time for filing objections has expired.

/////
/////
/////
/////
/////
/////

1

1  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed December 2, 2014, are adopted in full; and

    2. This action is dismissed as against defendants Silva and Ruiz.

Dated:  February 23, 2015

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

brow0225.800