UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:14-cv-0225 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| SAHIR NASEER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 18, 2014, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that objections to the findings and recommendations could be filed. The time for filing objections has expired.

/////
/////
/////
/////
/////
/////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

 1. The findings and recommendations filed December 18, 2014 are adopted in full; and

 2. Plaintiff's July 1, 2014 request for preliminary injunctive relief (ECF Nos. 16-19) is denied.

Dated:  February 23, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

brow0225.800(1)

2