UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:14-cv-0225 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| SAHIR NASEER, et al., | |
| Defendants. | |

Before the court are defendant's[1] motion to compel responses to discovery requests, defendant's motion to modify the scheduling order and plaintiff's motion for an extension of time to respond to defendant's discovery requests. Good cause appearing IT IS HEREBY ORDERED that:

1. Defendant's motion to compel (ECF No. 39) is denied;

2. Defendant's motion for modification of the scheduling order (ECF No. 40) is granted as follows:

   A. Either party may serve requests for discovery until June 1, 2015;

   B. Discovery will close on August 1, 2015.  Any motion to compel discovery must be filed by that date.

---

[1] Defendant Naseer is the only remaining defendant.

    C.  All other dates established in the court's March 5, 2015 scheduling order remain in effect.

  3.  Plaintiff's request for an extension of time to respond to defendant's requests for discovery (ECF No. 41) is granted.  Plaintiff shall serve responses to defendant Naseer's interrogatories and requests for production within 30 days of this order.  Plaintiff is warned that if he does not serve responses to defendant's discovery requests within 30 days, sanctions may be imposed.

Dated:  May 5, 2015

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] brow0225.sch