1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEXTER BROWN,                               No.  2:14-cv-0225 WBS CKD P

12                  Plaintiff,

13         v.                                    ORDER

14   SAHIR NASEER, et al.,

15                  Defendants.

16

17         Plaintiff has requested the appointment of counsel.  The United States Supreme Court has

18   ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983

19   cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional

20   circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. §

21   1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900

22   F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required

23   exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be

24   denied.

25         Plaintiff also asks the court to appoint plaintiff an expert witness to analyze his food for

26   poison.  This is not an appropriate request.  If plaintiff believes there are problems with his food,

27   he should utilize the inmate grievance process at his institution.

28   ////

1

1      Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of

2   counsel and expert witness (ECF No. 54 & 57) is denied.

3   Dated:  January 29, 2016

4                                                      _____
                                                       CAROLYN K. DELANEY
5                                                      UNITED STATES MAGISTRATE JUDGE

6

7

8   1/md
    brow0225.31
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28